No. 22603.

Thomas J. Carlile *v.* Peter Kiewit Sons' Company.
(453 P.2d 606)

Decided May 5, 1969.

Richard N. Graham, for plaintiff in error.

Roy S. Scott, Jr., Tilly & Graves, Harmon S. Graves, III, for defendant in error.

*En Banc.*

Per Curiam.

MR. JUSTICE DAY, MR. JUSTICE PRINGLE and MR. JUSTICE KELLEY would affirm.

MR. CHIEF JUSTICE McWILLIAMS, MR. JUSTICE HODGES and MR. JUSTICE GROVES would reverse and remand for further proceedings.

MR. JUSTICE LEE, having been the trial judge, does not participate.

The court being evenly divided, the judgment is affirmed by operation of law.